# HM Courts & Tribunals Service

**ROYAL COURTS OF JUSTICE GROUP**
**Queen's Bench Division**
Foreign Process Section
Room E16
Royal Courts of Justice
Strand, London
WC2A 2LL

**DX** 44450 Strand

**T** 020 7947 7772
**F** 0870 324 0025
**E** ForeignProcess.RCJ@hmcts.gsi.gov.uk

**Text Phone** 18001 020 7947 7772
(Helpline for the deaf and hard of hearing)

**www.hmcourts-service.gov.uk**

Tom R. McLean, Esq.
**LEGAL LANGUAGE SERVICES**
**8014 State Line Road, Suite 110**
**Leawood, Kansas 66208**
**USA**

SFP:  2019-14678
Ref:  2:19-cv-04046CBM (KSx)

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served  the (date) 17 June 2019**
**que le demande a ete executee        le (date)**

**-at (place, street, number)**      **PRETTYLITTLETHING.COM LIMITED**
**-a (localite, rue, numero)**       **49-51 Dale Street,**
                                     **Manchester,**
                                     **M1 2HF**
                                     **M1 2HF**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

**b)  in  accordance  with  the  following  particular**      **Documents were served by leaving with the**
**method selon la forme particuliere suivante**               **Security at the Company's address given**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 1 July, 2019
le

Signature and/or stamp:
Signature et/ou cachet:



Case No.: 2:19-cv-04046-CBM (KSx)

ZURÜCKSENDEN - TO RETURN
à retourner - de restituire

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares*
*en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** | Tom R. McLean, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

**Particulars of the parties\*:**
*Identité des parties :*     C&SM INT'L, a South Korea Corporation, *Plaintiff*
       PRETTYLITTLETHING.COM LIMITED, an Manchester Corporation; PRETTYLITTLETHING.COM USA, INC.,
       a Delaware Corporation; and DOES 1-10 inclusive, *Defendants*

**JUDICIAL DOCUMENT\*\***
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*     To give notice to the Defendant of the commencement of a civil claim against it
       and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*     A civil claim has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :*     Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must
serve on the Plaintiff's Attorney (Jeong & Likens, L.C.) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules
of Civil Procedure.  Defendant also must file its Answer or Motion with the United States District Court, Central District of California,
Western Division located at: 312 North Spring Street, Los Angeles, CA 90012, U.S.A.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :*     N/A

**Date of judgment\*\*:**
*Date de la décision :*     N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*     Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant
must serve on the Plaintiff's Attorney (Jeong & Likens, L.C.) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal
Rules of Civil Procedure.  If Defendant fails to respond, Judgment by default will be entered against it for the relief demanded in the Complaint.
Defendant also must file its Answer or Motion with the Court.

**EXTRAJUDICIAL DOCUMENT\*\***
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*     N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*     N/A

---

\*    If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\*    Delete if inappropriate.
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

3

**NOTICE**

*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

PRETTYLITTLETHING.COM LIMITED
(Company No.07352417)
49-51 Dale Street
Manchester M1 2HF
UNITED KINGDOM

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS.  LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET.  IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT.  IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Legal Aid Foundation of Los Angeles
1102 South Crenshaw Boulevard
Los Angeles, California 90019
U.S.A.
Tel. 1.323.801.7991

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS.  THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE.  YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY.  IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Aid Foundation of Los Angeles
1102 South Crenshaw Boulevard
Los Angeles, California 90019
U.S.A.
Tel. 1.323.801.7991