OSCAR FIGUEROA, Bar No. 313238
oscar.figueroa@troutman.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

AUSTIN PADGETT, Bar No. 296309
austin.padgett@troutman.com
TROUTMAN SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2231
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Defendants
PRETTYLITTLETHING.COM LIMITED
and PRETTYLITTLETHING.COM USA
INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM INT'L, a South Korea corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>PRETYYLITTLETHING.COM LIMITED, a Manchester Corporation; PRETTYLITTLETHING.COM USA INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:19-cv-04046-CBM-KS<br><br>Honorable Consuelo B. Marshall<br><br>**DEFENDANT PRETTYLITTLETHING.COM LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)**<br><br>Date:    September 24, 2019<br>Time:    10:00 a.m.<br>Place:   Courtroom 8B |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

39661808

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 24, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 350 W. 1st Street Los Angeles, California 90012, in Courtroom 8B, Defendant PRETTYLITTLETHING.COM LIMITED (collectively "PLT UK") will and hereby does make a special appearance to contest service of process and to dismiss Plaintiff C&SM INT'L's ("Plaintiff") Complaint.

As set forth in the accompanying memorandum of points and authorities, there is good cause for the relief requested. Plaintiff failed to perfect service on PLT UK, a corporation formed under the laws of the United Kingdom ("UK") and having its principle place of business in Manchester, as it did not comply with the strict requirements of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention"). A "CERTIFICATE – ATTESTATION" accompanying Plaintiff's proof of service purports that the UK's Central Authority personally served PLT UK in accordance with Article 5, sub-paragraph (a), of the Hague Convention, which requires service to comply with a method prescribed by the internal law of the signatory state where the defendant resides. The UK's laws require personal service on a registered company or corporation by leaving the documents to be served with a person holding a "senior position." Plaintiff failed to personally serve PLT UK according to UK law because the documents were not left with a person holding a "senior position" at PLT UK. Consequently, dismissal pursuant to Federal Rule of Civil Procedure 12(b)(5) is warranted.

PLT UK's motion is based upon the notice of motion and motion, the accompanying memorandum of points and authorities in support thereof, the declaration of Oscar Figueroa and exhibits attached thereto, any supplemental memorandum in support thereof, all pleadings and papers on file in this action and such further arguments and matters as may be presented to the Court prior to or at

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

39661808

- 1 -

the time of the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 10, 2019.

Dated: August 8, 2019            TROUTMAN SANDERS LLP

By: /s/ Oscar Figueroa
    Austin Padgett
    Oscar Figueroa

Attorneys for Defendants
PRETTYLITTLETHING.COM
LIMITED and
PRETTYLITTLETHING.COM
USA INC.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

39661808

- 2 -